# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D20-108
_____

STEVEN HUGHES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Linda F. McCallum, Judge.

September 30, 2020

PER CURIAM.

AFFIRMED.

MAKAR, OSTERHAUS, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Steven Hughes, pro se, Appellant.

Ashley Moody, Attorney General, and Thomas H. Duffy, Assistant Attorney General, Tallahassee, for Appellee.